Diane V. Weifenbach, Esq. (SBN 162053)
LAW OFFICES OF DIANE WEIFENBACH
5120 E. LaPalma Avenue, #209
Anaheim, CA 92807
Ph.: (714) 695-6637
diane@attylsi.com

Attorneys for Movant U.S. BANK, N.A. as Legal Title Trustee for
Truman 2013 SC3 Title Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| In Re:<br><br>JUAN CARLOS CASAS,<br><br>        Debtor,<br><br>U.S. BANK, N.A. AS LEGAL TITLE TRUSTEE FOR TRUMAN 2013 SC3 TITLE TRUST,<br><br>        Movant,<br><br>v.<br><br>JUAN CARLOS CASAS, DEBTOR; PATRICIA CASAS; CO-DEBTOR AND FRED HJELMESET, CHAPTER 7 TRUSTEE;<br><br>        Respondents. | CASE NO.: 15-51635<br><br>CHAPTER 7<br><br>RS: DVW-001<br><br>**DECLARATION OF CRISTINA MORAGA-PERAZA IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**<br><br>DATE: 7/21/2015<br>TIME: 2:30 pm<br>CTRM: 3020<br>US Bankruptcy Court<br>280 S. First Street<br>San Jose, CA<br><br>Honorable Arthur S Weissbrodt<br><br>Property: 2151 Green Acres Lane<br>              Morgan Hill, CA |

I, CRISTINA MORAGA-PERAZA declare as follows:

    1.    I am over the age of 18 years, am not a party to the within action. I have personal knowledge of the following facts, unless stated otherwise herein, and if called upon to testify I could and would competently testify as to those matters set forth herein.

DECLARATION OF CRISTINA MORAGA-PERAZA IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

1

I am employed as a Bankruptcy Specialist for Rushmore Loan Management Services, LLC ("Rushmore"), the mortgage loan servicer for U.S. BANK, N.A. AS LEGAL TITLE TRUSTEE FOR TRUMAN 2013 SC3 TITLE TRUST, Movant herein ("Movant") and in that capacity I am one of the custodians of the books, records, files, and documents which pertain to the subject loan naming JUAN CARLOS CASAS ("Debtor") and PATRICIA CASAS ("Co-Debtor") as obligors. I am authorized to make this Declaration on Movant's behalf.

2. Said books, records, files and other documents are true and correct copies of originals or copies maintained in Rushmore's custody and control, and were prepared in the regular and normal course of Rushmore, Movant or Movant's predecessor in interest, BANK OF AMERICA, N.A., ("Bank of America") by its employees who have a business duty to Movant, Rushmore, and Bank of America to keep and maintain such records, at or near the time of acts, conditions, or events depicted herein. I have personally reviewed Bank of America's, Movant's and Rushmore's books, records, and files regarding this loan and related issues, and as to the following facts, I either know them to be true of my own personal knowledge, or have gained knowledge of them from said books, records, and files. This Declaration is being filed in support of the Motion for Relief From Automatic Stay filed on behalf of Movant.

3. On or about September 4, 2008, JUAN CARLOS CASAS and PATRICIA CASAS ("Borrowers") executed a Note in the sum $1,625,000.00 naming BANK OF AMERICA, N.A., as Payee. Said Note is secured by a Deed of Trust of even date in the sum of $1,625,000.00 naming BANK OF AMERICA, N.A., recorded in the Office of the County Recorder of Santa Clara on October 27, 2008, as Document No. 20028683 and encumbering the real property located at 2151 Green Acres Lane, Morgan Hill, CA 95037 (the "Property"). (True and correct copies of the Note and Deed of Trust are attached hereto as Exhibits "1" and "2", respectively.)

4. All beneficial interest in the Note and Deed of Trust were assigned to Movant. Movant is in possession, custody, and control of the original endorsed Note assigning all rights, title, and interest therein to Movant.

5. An Assignment of the Deed of Trust was recorded on June 5, 2014, as Document No. 22614249 in the Office of the Santa Clara County Recorder. A true and correct copy of the Assignment is attached hereto as Exhibit "3".

6. The Notice of Default was recorded on December 8, 2014.

7. The Notice of Sale was recorded on April 7, 2015. There is foreclosure sale was scheduled for May 28, 2015.

8. On May 14, 2015, a Chapter 7 Bankruptcy was filed by the Debtor.

9. Debtor is contractually due for February 1, 2014 through June 1, 2015, for a total of seventeen (17) payments for a total due of $124,582.11. The currently monthly mortgage payment is $6,208.79.

10. On or about February 20, 2015, the Debtor's Home Retention application was denied to due an incomplete package. A copy of the Movant's denial letter sent to the Debtor is attached hereto as Exhibit "4".

11. There is currently no loan modification application pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 8th day of June 2015, at Irvine, California.

_____
Cristina Moraga-Peraza

DECLARATION OF CRISTINA MORAGA-PERAZA IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

3