Edgar Law Group, LLP.
Ronda N. Edgar, CSBN 234758
675 N. First St. #700
San Jose, CA 95112
Telephone 408-278-1200
Fax: 408-278-1211

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>JUAN CARLOS CASAS<br><br>Debtor | Case No.: 15-51635<br><br>CHAPTER 7<br><br>DECLARATION OF JAUN CARLOS CASAS IN RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY |

I, JUAN CARLOS CASAS DECLARE:

1. I am the Debtor in the above captioned case.

2. I submitted a loan modification (Loan #7600026019) to Rushmore Loan Management (Hereinafter "Lender") for the property located at Green Acres Lane, Morgan Hill, California 95037 (Hereinafter "Property") on July 10, 2015.

3. The loan modification is associated with the First Deed of Trust on the Property which is also my personal residence.

4. I submitted all supporting documentation for the loan modification. *Please see attached loan modification documents.*

DECLARATION IN RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY
Case: 15-51635   Doc# 20   Filed: 07/16/15   Entered: 07/16/15 10:53:58   Page 1 of 2

5. Currently, the loan modification is under active review by Rushmore Loan Management.

6. Cal. Civ. Code §2924.11, prohibits lenders from proceeding with foreclosure while trial modifications or applications for permanent loan modifications are pending.

7. I am requesting that the Court to deny the Motion for Relief from the Automatic Stay and allow additional time for the loan modification to be processed.

I declare under penalty of perjury the foregoing is true and correct and would so testify.

Dated: July 15, 2015     *s/Juan Carlos Casas*
Juan Carlos Casas
(Debtor)